UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO

V.

UNITED STATES OF AMERICA

CIVIL NO. 97-1557 (RLA)
Crim. No. 91-397 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Dated: 3/12/99    Docket # 22<br>[X] Petitioner<br>Title: Motion Requesting Response to Issues Raised by Petitioner in Original Pro Se Motion | DENIED as to the request for a hearing. GRANTED and so ORDERED insofar as petitioner's request that the Government respond to the issues raised by him in his *pro se* motions. |
| Dated: 5/10/99    Docket # 23<br>[X] Petitioner<br>Title: Informative Motion | MOOT. |
| Dated: 10/18/99    Docket # 24<br>[X] Petitioner<br>Title: Motion Requesting Leave to Withdraw as Legal Counsel | GRANTED. |
| Dated: 11/29/99    Docket # 25<br>[X] Petitioner<br>Title: Motion for Ruling Pursuant to Rule 8(d) | DENIED. |
| Dated: 11/27/00    Docket # 26<br>[X] Petitioner<br>Title: Leave for Supplemental Pleadings in Support of the Timely Filed Motion to Vacate | DENIED. |

December 21, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By: /s/    #27