## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO

**V.**

UNITED STATES OF AMERICA

CIVIL NO. 97-1557 (RLA)
Crim. No. 91-397 (RLA)

## O R D E R

| MOTION | RULING |
|---|---|
| Dated: 1/02/01    Docket # 28<br>[X] Respondent<br><br>Title: United States'<br>Request to Extend Time to<br>File Response | GRANTED as requested until January 31, 2001. |

January 4 , 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 29 |