IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO

    Petitioner,

    v.                           CIVIL NO. 97-1557 (RLA)
                             Crim. No. 91-397 (RLA)

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

    The Court having dismissed the 28 U.S.C. § 2255 petition filed in this action, through its Order issued on this same date;

    It is hereby ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15th day of August, 2002.

                                  RAYMOND L. ACOSTA
                                  United States District Judge