UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO
    Petitioner

v.                                          CASE NUMBER: CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/8/02  Docket # 47<br>[X] Petitioner    [ ] Deft<br>[ ] Other<br><br>Title: Petitioner's Request for an Issuance of a Certificate of Appealability | GRANTED. |

October 17, 2002                    RAYMOND L. ACOSTA
    Date                             U.S. District Judge

Rec'd:          EOD:

By:              # 48

cc: appeals
10/18/02

3