IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO           '

    Petitioner,                  '

    v.                           '          CIVIL NO. 97-1557 (RLA)

UNITED STATES OF AMERICA,         '          [Crim. No. 91-387 (RLA)]

    Respondent.                  '

_____'

## ORDER SPECIFYING ISSUE FOR CERTIFICATE OF APPEALABILITY

Pursuant to the First Circuit Court of Appeals' Order of December 5, 2002, the Court hereby specifies that it granted Petitioners's Request for an Issuance of a Certificate of Appealability (docket No. 47) on  issue No. 1:  "Denial of Petitioner's Supplemental Submissions".

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of December, 2002.


_____
RAYMOND L. ACOSTA
United States District Judge

s/c Kiomara

3