UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO

V.         CIVIL NO. 97-1557 (RLA)

[Crim. No. 91-392 (RLA)]

UNITED STATES OF AMERICA

O R D E R

| MOTION | RULING |
|---|---|
| Dated: 2/21/03  Docket # 51<br><br>[X] **Petitioner** | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>GRANTED. The Clerk of the Court shall forward copy of docket Nos. 48 and 49 to petitioner. |
| **Title**: Letter requesting copy of Court Order | |

February    , 2003          FRANCES RIOS DE MORAN
   Date                      Clerk of the Court

                             By: _____
                                  Deputy Clerk

Rec'd:        EOD:

By: /s/       #52