# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Supplemental Record to the Court of Appeals

DATE: December 1, 2003

DC #: 97-1557 (RLA)

CCA #: 02-2458

CASE CAPTION: Miguel Rivera-Santiago   v.   USA

SPECIAL COMMENTS: Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

**CRIMINAL CASE #91-397 (HL) SENT AS A SUPPLEMENTAL RECORD TO CIVIL CASE # 97-1557 (RLA):**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 1-80 | I |
| Docket Entries 80A-179 | II |
| Docket Entries 180-267, except 267 | III |
| Docket Entries 268-316 | IV |
| Docket Entries 236-242, 252, 263, 264 (Transcripts) | V |
| Docket Entries 175 & 216 (PSR's) | VI |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk