UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   February 11, 2004

DC #:   97-1557 (RLA)

CCA #:  02-2458

CASE CAPTION:           Miguel Rivera-Santiago    v.    USA

SPECIAL COMMENTS:       Copies of original documents (Duplicate)

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

**Docket Entries   50-53**                              I
**(Sent by fax on 02/10/04)**


I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court

                                        By: Xiomara Muniz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

AUSA