# United States Court of Appeals
## For the First Circuit

No. 02-2458

MIGUEL RIVERA-SANTIAGO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**JUDGMENT**

Entered: June 25, 2004

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 6/25/2004

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated insofar as it rejected the conflict of interest claim, and the matter is remanded for futher proceedings consistent with the opinion issued this day.

The Appellant's renewed motion for appointment of counsel on appeal is denied

By the Court:
Richard Cushing Donovan, Clerk

MARK R. SYSKA

By: Mark R. Syska, Chief Deputy Clerk

[Certified copies to Hon. Raymond L. Acosta, and Ms. Frances de Moran, Clerk, United States District Court for Puerto. Copies: Mr. Rivera-Santiago and Mr. Garcia.]