AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA

                              **APPEARANCE**

          v.                      CIVIL NO.  97-1557 (RLA)

MIGUEL RIVERA-SANTIAGO

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.


   August 19, 2004

*Date*

   s/ Edwin O.  Vázquez-Berríos

*Signature*

 AUSA EDWIN O. VAZQUEZ-BERRIOS- #201512

*Print Name*

Room 1201, Torre Chardon Bldg.
350 Carlos Chardon Ave.

*Address*

San Juan, Puerto Rico 00918

*City*

(787) 766-5656   X-1881

Phone Number