UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MIGUEL A. RIVERA-SANTIAGO**<br>**Petitioner-Appellant**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>**Respondent-Appellee** | Cv. 97-1557(RLA) |

**POST-STATUS CONFERENCE OMNIBUS MOTION REQUESTING PRODUCTION OF PETITIONER IN THE DISTRICT, BRIEFING CALENDAR AND FURTHER STATUS CONFERENCE AND EVIDENTIARY HEARING IN THE STRICT COMPLIANCE WITH 06/25/04 PER CURIAM BY THE FIRST CIRCUIT**

**TO THE HONORABLE COURT**
**HONORABLE RAYMOND L. ACOSTA,**
**SENIOR U.S. DISTRICT JUDGE:**

Comes now the defendant, Miguel A. Rivera-Santiago, by the undersigned counsel, and very respectfully states, informs, and prays as follows:

1. On June 25, 2004, the Court of Appeals for the First Circuit entered a <u>Per Curiam</u> as to