IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL NO. 97-1557 (RLA)
Crim. No. 91-397 (RLA)

### ORDER DIRECTING US MARSHAL TO PRODUCE DEFENDANT AND SCHEDULING EVIDENTIARY HEARING AND PRE-HEARING CONFERENCE

Defendant's Post-Status Conference Omnibus Motion... (**docket No. 62)** is GRANTED. Accordingly, it is

HEREBY ORDERED that the U.S. Marshal's service shall produce defendant MIGUEL ANGEL RIVERA SANTIAGO[1] in this jurisdiction **on or before October 22, 2004.**

IT IS FURTHER ORDERED that defendant's motion outlining the issues he desires to be examined by the Court at an evidentiary hearing shall be filed **on or before October 29, 2004.** The Government's response thereto and its list of issues shall be filed **on or before November 18, 2004.**

The Court will analyze the parties' submission and will discuss the subject matter to be examined at the hearing as well as the structure to be followed at a conference with counsel before the hearing. Accordingly, a PRE-HEARING CONFERENCE is hereby scheduled for **January 11, 2005, at 2:30 p.m.**

---

[1] According to the record, Mr. Rivera is imprisoned at the BOP's Allenwood Med. Facility in White Deer, Pennsylvania.

**CIVIL NO. 97-1557 (RLA)**                                                          **Page 2**

_____

IT IS FURTHER ORDERED that **on or before January 21, 2005,** the parties shall file a HEARING BRIEF in substantial compliance, to the extent pertinent, with the Trial Brief requirements of the undersigned's Standing Order on Civil Trials issued on February 16, 1994.

An EVIDENTIARY HEARING on petitioner's 28 U.S.C § 2255 surviving ineffective assistance of counsel claim is hereby scheduled for **January 27, 2005, at 9:30 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of October, 2004.

                                              S/Raymond L. Aocsta
                                              RAYMOND L. ACOSTA
                                        United States District Judge