UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO
    Petitioner

    V.                                      CASE NUMBER: CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/31/04    **Docket #** 65<br>[X] **Petitioner**<br><br>**Title:** Petitioner's Motion Requesting Enlargement of Date to File Outline of Issues to be Examined at Evidentiary Hearing Due to Act of God, Good Cause Shown, Due Process, and any Other Remedy Pursuant to Law | **GRANTED.**  Defendant's motion outlining issues to be examined at evidentiary hearing shall be filed **on or before November 29, 2004.**  The United States' submission shall be filed **no later than December 21, 2004.** |

                                                          S/Raymond L. Acosta
November 3, 2004                 **RAYMOND L. ACOSTA**
    **Date**                            **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |