IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL A. RIVERA-SANTIAGO,

    Plaintiff,

v.                      CIVIL NO. 97-1557 (RLA)

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR WARDEN AT FCI ALLENWOOD (MEDIUM) TO PRODUCE RECORDS

Plaintiff having shown cause, his Motion filed on November 29, 2004 (docket No. **67**) is **GRANTED**. Accordingly, the Warden of FCI Allenwood (Medium), is hereby ORDERED to deliver **on or before December 15, 2004**, any and all legal documents belonging to inmate MIGUEL A. RIVERA-SANTIAGO, Reg. No. **07664-069**, to his present designation, MDC - Guaynabo, Puerto Rico, due to a writ for ongoing litigation in the above-captioned case.

The aforementioned documents may also be delivered to petitioner's court-appointed counsel, RAFAEL ANGLADA-LOPEZ, ESQ., P.O. Box 194886, San Juan, PR 00919. Tel. No. (787) 250-0917, Fax No. (787) 765-8679, e-mail **anglada@prtc.net**.

The Clerk of the Court shall forward copy of this Order by mail and by fax to the Warden of FCI Allenwood (Medium), P.O. Box 2500 White Deer, Pa., 17887, Fax No. (570) 547-7751.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of November, 2004.

                                        S/Raymond L. Acosta
                                        RAYMOND L. ACOSTA
                                    United States District Judge