```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO            '
                                  '
     Petitioner,                  '
                                  '
     v.                           '     CIVIL NO. 97-1557 (RLA)
                                  '     Crim. No. 91-397 (RLA)
UNITED STATES OF AMERICA,         '
                                  '
     Respondent.                  '
_____ '
```

**ORDER RESCHEDULING PRE-HEARING CONFERENCE**

It appearing that the briefs outlining the issues to be examined by the Court at the Evidentiary Hearing will not be filed until January 18, 2005, the PRE-HEARING CONFERENCE scheduled for January 11, 2005, at 2:30 p.m. is hereby rescheduled for **January 25, 2005, at 3:30 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of December, 2004.

                                                S/Raymond L. Acosta
                                                RAYMOND L. ACOSTA
                                          United States District Judge