UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA SANTIAGO
    Petitioner

    V.                                                       **CASE NUMBER:** CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

<u>**O R D E R**</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/19/05   **Docket #** 71<br>[X] **Petitioner**<br><br>**Title:** Emergency Motion for Further Enlargement of Date to File Outlining Petitioner's Issues and Continuance of 01/25/05 Pretrial Conference Due to Late Production of Legal File by Warden-Allenwood to Petitioner at MDC - Guaynabo, and any Other Remedy Pursuant to Law | **GRANTED.** Defendant's motion outlining issues to be examined at evidentiary hearing shall be filed **on or before February 14, 2005.** The United States' submission shall be filed **no later than February 22, 2005.** The **PRE-HEARING CONFERENCE** shall be held on **March 3, 2005, at 2:00 p.m.** The **EVIDENTIARY HEARING** is hereby rescheduled for **March 9, 2005, at 9:30 a.m.** No further extensions shall be granted.<br><br>It is further ORDERED that the United States Government shall advise the Court and defendant **on or before February 3, 2005,** if a plea bargaining agreement was offered to defendant prior to his trial. |

    January 21, 2005                    S/Raymond L. Acosta
          **Date**                               **RAYMOND L. ACOSTA**
                                           **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |