IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL RIVERA-SANTIAGO<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Respondent | CIVIL NO.  97-1557 (RLA) |

### UNITED STATES' MOTION IN COMPLIANCE WITH COURT ORDER

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully opposes the motion filed by the above defendant(s).

The United States inadvertently failed to notice that this Court has issued, as part of its ruling regarding docket No. 71, an order requesting it to submit some information.  Therefore, in complying with said order the United States hereby advice the Court and petitioner Rivera-Santiago that a review of the criminal file revealed that no plea bargaining agreement was offered to the petitioner prior to his trial in Criminal No. 91-397 (RLA).

WHEREFORE, the United States respectfully request that its compliance be noted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of February, 2005.

> H.S. GARCIA
> United States Attorney
>
> _____
> s/EDWIN O. VÁZQUEZ-BERRIOS
> Assistant United States Attorney
> U.S.D.C. No. 201512
> United States Attorney's Office
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Street
> San Juan, Puerto Rico 00918
> edwin.vazquez@usdoj.gov

Case 3:97-cv-01557-RLA     Document 73     Filed 02/14/2005     Page 2 of 2
**United States' Motion In Compliance With Court Order**
<u>Miguel Rivera-Santiago v.  United States of America</u>,
Civil No.  97-1557 (RLA)
Page No. 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will be electronically notified to counsel Rafael Anglada and is available for viewing and downloading from the Court's CM/ECF system by them.

                                              s/EDWIN O. VÁZQUEZ-BERRIOS
                                              Assistant United States Attorney