**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

MIGUEL RIVERA SANTIAGO
     Petitioner

       **V.**
                                  **CASE NUMBER:** CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
     Respondent

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 4/27/05    **Docket #** 80<br>[X] **Petitioner**<br><br>**Title:** Petitioner's Request For Production of Inmate For Writ *Ad Testificandum* and Order to U.S. Marshal's Service for the Service of Subpoenas to Petitioner's Fact Witnesses at Evidentiary Hearing Scheduled For May 5-6, 2005, and Any Other Remedy Pursuant to Law | **GRANTED** and **SO ORDERED.** |

                               S/Raymond L. Acosta
April 28, 2005          **RAYMOND L. ACOSTA**
    **Date**            **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |