# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**     \*

                                         \*   **CRIMINAL NO. 91-397(RLA)**

     vs.                            \*    **(Civil No. 97-1557(RLA)**

                                         \*

**MIGUEL RIVERA-SANTIAGO**      \*

                                         \*

---------------------------------------------------\*

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:     The United States Marshal
          and Warden, Federal Correctional Complex
          Coleman, Florida

We command you, the Warden, Federal Correctional Institution, Coleman, Florida, to release **LUIS ENRIQUE OVALLE-MARQUEZ, (Reg. No. 07663-069)**, to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, US Marshal for the District of Puerto Rico, to have the body of **LUIS ENRIQUE OVALLE-MARQUEZ**, and take him under your custody under safe and secure conduct, and remove the said **LUIS ENRIQUE OVALLE-MARQUEZ** forthwith and bring him to MDC-Guaynabo, Puerto Rico, to testify in an **Evidentiary Hearing** scheduled in the 28 U.S.C. §2255 case (Civil 97-1557) commencing on Thursday **May 5, 2005 at 9:30 A.M.,** and any subsequent days thereafter; and that you safely and securely return said **LUIS ENRIQUE OVALLE-MARQUEZ**, to the custody of the Warden, Federal Correctional Complex, Coleman, Florida.

Criminal No. 91-397(RLA)  
Civil No. 97-1557(RLA)

2

> WITNESS the Honorable Raymond L. Acosta
> U. S. District Judge, United States
> District Court for the District of
> Puerto Rico, at Old San Juan, Puerto Rico
> and the Seal of said Court,
> this 28th day of April, 2005.
>
>
> FRANCES RIOS DE MORAN
> Clerk, U. S. District Court for
> the District of Puerto Rico
>
> By:__s/ Lida Egele_____
>        Deputy Clerk