**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MIGUEL RIVERA-SANTIAGO<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Respondent | CIVIL NO. 97-1557 (RLA) |

## UNITED STATES' MOTION REQUESTING AN ORDER PROHIBITING PETITIONER TO INTRODUCE ANY UNDISCLOSED EVIDENCE

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully opposes the motion filed by the above defendant(s).

On March 3, 2005, a Pre-Hearing Conference was held in the instant case. During said hearing this Court established date lines for filing pleadings and providing discovery. Petitioner was ordered to provide copies of the documentary evidence he intends to use at the hearing **on or before March 11, 2005**. (Docket No 77).

Although the United States had informally requested counsel for petitioner to comply with the above-mentioned discovery order it is not until **April 22, 2005**, that copies of the following documentary evidence Minutes of Proceedings, dated August 24, 1992(1page); Affidavit of Luis Enrique Ovalle-Marquez, dated April 11, 1977(5 pages, page 4 in blank) and a report of investigation prepared by Elvin Ayala Lugo, dated May 6, 1998 (5 pages). As of the filing of this pleading no further documentary evidence has been disclosed.

In view of the above and pursuant to Fed. R. Crim P. 16(d)(2)(C) and Fed. R. Civ. P. 37(b)(2)(B), the United States respectfully request that, apart of the above-mentioned disclosed evidence, petitioner be prohibited from introducing at the hearing any undisclosed evidence due to his flagrant disregard and violation to this court's discovery order.

Case 3:97-cv-01557-RLA   Document 83   Filed 04/29/2005   Page 2 of 2

United States' Motion Requesting an Order Prohibiting Introduction of Any Undisclosed Evidence
Miguel Rivera-Santiago v. United States of America,
Civil No. 97-1557 (RLA)
Page No. 2

WHEREFORE, the United States respectfully request that this motion be granted accordingly.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of April, 2005.

                                            H.S. GARCIA
                                            United States Attorney

                                            _____
                                            s/EDWIN O. VÁZQUEZ-BERRIOS
                                            Assistant United States Attorney
                                            U.S.D.C. No. 201512
                                            United States Attorney's Office
                                            Torre Chardón, Suite 1201
                                            350 Carlos Chardón Street
                                            San Juan, Puerto Rico 00918
                                            edwin.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will be electronically notified to counsel Rafael Anglada and is available for viewing and downloading from the Court's CM/ECF system by them.

                                            s/EDWIN O. VÁZQUEZ-BERRIOS
                                            Assistant United States Attorney