IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. RIVERA-SANTIAGO<br><br>VS<br><br>UNITED STATES OF AMERICA | CIVIL NO: 97-1557 (RLA) |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

Comes now the undersigned counsel on behalf of José A. Quiles Espinosa, Former Assistant US Attorney, and very respectfully deposes and prays:

1. That on May 4, 2005, in the afternoon a subpoena in the above captioned case was served to the undersigned on behalf of José A. Quiles Espinosa. Said subpoena commands his appearance before this Honorable Court on May 5 at 9:30 a.m.

2. Mr. José A. Quiles is actually in the State of Florida. He has been hospitalized for the past week and unable to appear for this hearing. He is under medical treatment and cannot ascertain at this time when he will be able to travel to this district.

3. It is respectfully requested from this Honorable Court to excuse the nonappearance of Mr. Quiles -Espinosa in the above caption matter. The Court will be informed when he is available to appear.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of Mr. Quiles Espinosa health condition and excuse his non appearance for the hearing schedule.

Respectfully submitted in San Juan, Puerto Rico, on May 5, 2005.

I HEREBY CERTIFY: that copy of this motion has been notified to Edwin Vazquez Hernández Vega, AUSA, US Attorney's Office, Suite 1201, Torre Chardón, 350 Carlos Chardón Street, Hato Rey, Puerto Rico 00918.

MIRIAM RAMOS GRATEROLES
USDC NO: 120303
PO Box 191352
San Juan, PR 00919-1352
Tel: (787) 296-2529
Fax: (787) 296-2528