IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA-SANTIAGO

    Plaintiff,

    v.                                 CIVIL NO. 97-1997 (RLA)

UNITED STATES OF AMERICA

    Defendant.
_____

**ORDER**

BY ORDER OF HONORABLE RAYMOND L. ACOSTA, U.S. District Judge: the Court hereby Orders an **expedited transcription** of the audio recording of the EVIDENTIARY HEARING held on May 5, 2005 in Open Court.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 5th day of May 2005.

                                          FRANCES RIOS DE MORAN
                                             Clerk of the Court

                                   By: <u>S/Sulma López-Defilló</u>
                                        Courtroom Deputy