**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MIGUEL RIVERA SANTIAGO
    Petitioner

        **V.**                       **CASE NUMBER:** CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/5/05   **Docket #** 89<br>[X] **JOSE A. QUILES**<br><br>**Title:** INFORMATIVE MOTION | **GRANTED.** Witness excused at this time. |

                                          S/Raymond L. Acosta
May 6, 2005                 **RAYMOND L. ACOSTA**
    Date                      U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |