UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

**BEFORE HONORABLE RAYMOND L. ACOSTA**

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO          **DATE: MAY 5, 2005**

COURT REPORTER: FTR/SLD                         **CIVIL NO. 97-1557 (RLA)**

COURT INTERPRETER: THOMAS KAVELIN

| | ATTORNEYS: |
|---|---|
| MIGUEL RIVERA-SANTIAGO | RAFAEL ANGLADA-LOPEZ |
| V | |
| UNITED STATES OF AMERICA | EDWIN O. VAZQUEZ |

Evidentiary Hearing called as to the Court of Appeals' Order dated 1/25/04, to inquire whether there was a conflict of interest arising from defense attorney's fee arrangement and due to this conflict of interest whether Appellant's counsel failed to relay the Government's plea offer to Petitioner Miguel Rivera-Santiago.

Attorney Rafael Anglada requests that Witnesses Elvin Ayala-Lugo, Private Investigator, Nelson Vega-Bonilla, and Renato Barrios, Esq. be excused. Court grants request. As to Serrano Walker, Esq., Mr. Anglada informs the Court that he has disappeared and that as of today he has not been subpoena.

Testimonies of witnesses José Aguayo, Esq., Joaquin Monserrate, Esq. and Luis R. Rivera, Esq. heard.

Further Evidentiary Hearing will be announced.

_____
                            *S/ Sulma López-Deffilló*
                            COURTROOM DEPUTY

JOINT Exhibits: I to III.