IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA-SANTIAGO

    Plaintiff,

v.                                 CIVIL NO. 97-1557 (RLA)

UNITED STATES OF AMERICA

    Defendant.

**ORDER**

BY ORDER OF HONORABLE RAYMOND L. ACOSTA, U.S. District Judge:

    The **UNITED STATES MARSHAL** is to produce inmates **MIGUEL RIVERA-SANTIAGO** and **LUIS ENRIQUE OVALLE-MARQUEZ,** to the José Toledo's U.S. Courthouse and Post Office Building, 300 Recinto Sur Street, Old San Juan, P.R. for **FURTHER EVIDENTIARY HEARING** scheduled for Wednesday, **May 11,2005, at 9:30 a.m.**, before Judge Raymond L. Acosta.

    **IT IS SO ORDERED**

    In San Juan, Puerto Rico, this 9th day of May 2005.

                                              FRANCES RIOS DE MORAN
                                                Clerk of the Court


                                                By: S/Sulma López-Defilló
                                                    Courtroom Deputy