UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MIGUEL A. RIVERA-SANTIAGO**<br>**Petitioner-Appellant**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>**Respondent** | Cv. 97-1557(RLA) |

NOTICE OF APPEAL

TO THE HONORABLE COURT
HONORABLE RAYMOND L. ACOSTA,
SENIOR U.S. DISTRICT JUDGE:

 Comes now the Petitioner-Appellant, Miguel A. Rivera-Santiago, by the undersigned counsel, and very respectfully states, informs, and prays as follows:

 Petitioner-Appellant Miguel A. Rivera-Santiago hereby moves the Honorable Court to accept the instant Notice of Appeal to the Order entered on May 11, 2005, in the instant 28 U.S.C. 2255, in reference to U.S.C.A. No. 02-2458, pursuant to Rules 3 and 4, F.R.Cr.P., and any other remedy pursuant to law.

 I hereby certify that today I electronically filed the foregoing <u>Notice of Appeal</u> with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Edwin Vázquez-Berríos, United States Attorney's Office, Torre Chardón, 350 Carlos Chardón St., Suite 1201, Hato Rey, PR 00918.

Respectfully submitted, in San Juan, Puerto Rico, today, May 13, 2005.

FOR COURT-APPOINTED PETITIONER-APPELLANT
MIGUEL A. RIVERA-SANTIAGO


S/ RAFAEL ANGLADA-LOPEZ
RAFAEL ANGLADA-LÓPEZ, ESQ.
U.S.D.C. - P.R. 202508
PO BOX 194886
SAN JUAN, PUERTO RICO 00936
TEL. (787) 250-0917
FAX (787) 765-8679