IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL RIVERA-SANTIAGO

    Plaintiff,

        v.                  CIVIL NO. 97-1557 (RLA)

UNITED STATES OF AMERICA

    Defendant.

**ORDER**

BY ORDER OF HONORABLE RAYMOND L. ACOSTA, U.S. District Judge: the Court hereby Orders a **transcription** of the "Court's Findings" of the EVIDENTIARY HEARING held on May 11, 2005 in Open Court.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 16th day of May 2005.

                FRANCES RIOS DE MORAN
                Clerk of the Court

           By: S/ *Sulma López-Defilló*
                Courtroom Deputy