IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL RIVERA SANTIAGO | ' |
| Petitioner, | ' |
| v. | '   Civil No. 97-1557 (RLA) |
| | '   [Crim. No. 91-397 (RLA)] |
| UNITED STATES OF AMERICA, | ' |
| Respondent. | ' |

## ORDER IN THE MATTER OF COUNSEL
## FOR CODEFENDANT LUIS OVALLE MARQUEZ

BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA: Pursuant to our Order, IRMA VALDEJULLY, ESQ.,[1] was summoned to appear in representation of co-defendant LUIS E. OVALLE MARQUEZ at the evidentiary hearing held in this action on May 11, 2005.

Accordingly, counsel VALDEJULLY shall be compensated for the hours and costs expended on behalf of Mr. OVALLE MARQUEZ with regard to this hearing pursuant to the provisions of the Criminal Justice Act, 28 U.S.C. 3006A.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 20th day of May, 2005.

FRANCES RIOS DE MORAN
Clerk of th U.S. District Court

By: S/ *Sulma López-Defilló*
Deputy Clerk

---

[1] Attorney Valdejully had previously been appointed to represent defendant OVALLE in a 28 U.S.C. § 2255 action. See Civ. No. 97-1571 (RLA), docket No. 10.