UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

**BEFORE HONORABLE RAYMOND L. ACOSTA**

| | |
|---|---|
| COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO | **DATE: MAY 11, 2005** |
| COURT REPORTER: FTR/SLD | **CIVIL NO. 97-1557 (RLA)** |
| COURT INTERPRETER: THOMAS KAVELIN | |

ATTORNEYS:

MIGUEL RIVERA-SANTIAGO           RAFAEL ANGLADA-LOPEZ

       V

UNITED STATES OF AMERICA         EDWIN O. VAZQUEZ

**Further Evidentiary Hearing held.**

Testimonies of witnesses Attorney Francisco Serrano-Walker, co-defendants in CR 91-397(RLA), Luis Enrique Ovalle-Marquez and plaintiff Miguel Rivera-Santiago heard.

After having heard the testimony of the witnesses and having considered all of the evidence, the Court finds that Petitioner's two claims of alleged violations of his Constitutional Right to effective assistance of counsel are unsupportable by the record. Accordingly, the Court denies petitioner Miguel Rivera Santiago's Motion to Vacate his Sentence in Criminal 91-397(RLA) pursuant to 28:2255 alleging a violation of his Constitutional Sixth Amendment Right to effective assistance of counsel. See Transcript of "Court's Findings "(Attachment 1)

                              *S/ Sulma López-Deffilló*
                              Courtroom Deputy