# TRANSCRIPT ORDER

**AO 435 (Rev. 1/90)** — Administrative Office of the United States Courts

*Please Read Instructions above*

FOR COURT USE ONLY
RECEIVED 05 MAY 24 AM 11:55
DUE DATE:

1. NAME: RAFAEL ANGLADA LOPEZ, ESQ
2. PHONE NUMBER: 787-525-1981
3. DATE: 05/24/05
4. MAILING ADDRESS: P.O. Box 194886, SJ, PR 00919
5. CITY: SJ
6. STATE: PR
7. ZIP CODE: 00919
8. CASE NUMBER: CV. 97-1557 (RLA)
9. JUDICIAL OFFICIAL: Senm USDJ RLA
10. DATES OF PROCEEDINGS: FROM 05/11/05
11. 
12. CASE NAME: USA v. Miguel A. Rivera-Santiago
13. LOCATION OF PROCEEDINGS: Old San Juan, Senm USDJ RLA

15. ORDER FOR:
- [X] APPEAL
- [X] NON-APPEAL
- [X] CRIMINAL
- [X] CIVIL
- [X] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| [X] SENTENCING EVIDENTIARY HEARING | 05/11/05 | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | [X] | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: Rafael Anglada L.
19. DATE: 05/24/05

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| ORDER RECEIVED | DATE | BY |
|---|---|---|
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID:
TOTAL CHARGES:
LESS DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE:

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY