In the United States District Court
For the District of Puerto Rico

Miguel Rivera Santiago
Petitioner
— vs —                    Civil No: 97-1557 (R.L.A)
United States of America
Respondent

RECEIVED AND FILED
2005 MAY 25 PM 1:37
U.S. DISTRICT COURT
SAN JUAN, PR

Notice of Appeal

Comes now, Miguel Rivera Santiago - Pro-se and hereby moves this Honorable Courts to enter an order noticing his intent to Appeal - The Court's, May 5, 12. 2005 Affirmed on his section 2255, Evidentiary Hearing.

Respectfully submitted
Miguel Rivera Santiago
Miguel Rivera Santiago
Petitioner's - Pro-se.

Certificate of Service:

I certify that a true and correct copy of the within Notice of Appeal has been served upon:

Mr. Edwin O. Vazquez-Berrios          s/ Rafael Anglada Lopez
United States Attorney's Office        U.S.D.C.PR. 202501
Torre Chardon, Suite 1201              P.O. Box 194886
350 Carlos Chardon Street              San Juan PR. 00936
San Juan, P.R. 00918                   Tel (787) 250.0917

Dated: 23, day of May, 2005

Case 3:97-cv-01557-RLA    Document 102    Filed 05/25/2005    Page 2 of 2

