# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:　　　June 10, 2005

DC #:　　　97-1557  (RLA)

APPEAL FEE PAID:　　　YES ____　　　NO  X

CASE CAPTION:　　　Miguel Rivera-Santiago　v.　USA

IN FORMA PAUPERIS:　　　YES ____　　　NO  X

MOTIONS PENDING:　　　YES ____　　　NO  X

NOTICE OF APPEAL FILED BY:　　　Plaintiff
　　　NOA filed by counsel on 05/13/05 (#95) _____
　　　NOA filed by defendant on 05/25/05 (#102) _____

APPEAL FROM:　　　Order of 05/11/05 (Refer to Minute #100 entered on 06/02/05)

SPECIAL COMMENTS:　　　Copies of original documents in file folders (Duplicate)

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries   1-53** | I |
| **Docket Entries   54-103** | II |
| **Docket Entry   98   (Transcript)** | III |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

　　　　　　　　　　　　　　　　FRANCES RIOS DE MORAN
　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　S/ Xiomara Muñiz
　　　　　　　　　　　　　　　　Xiomara Muñiz
　　　　　　　　　　　　　　　　Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk