CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED MIGUEL A. RIVERA-SANTIAGO | VOUCHER NUMBER | | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER CV-97-1557(RLA) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA v. M.A. Rivera-Santiago | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☒ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☒ Appellant ☒ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) Appeal | |

11. OFFENSE(S) CHARGED: 21 USC 841

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: Appeal

13. PROCEEDING TO BE TRANSCRIBED: 05/11/05 AM+PM Evidentiary Hearing (Day II) (FTR)

14. SPECIAL AUTHORIZATIONS:
   A. Apportioned ___ % of transcript with (Give case name and...)
   B. ☒ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript
   C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
Signature: Rafael Anglada-Lopez   Date: 05/24/05
Printed Name: RAFAEL ANGLADA-LOPEZ
Telephone Number: 787-525-1981
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Signature of Presiding Judicial Officer
Date of Order: 6/8/05

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS:
JAMES ROHAN
PO BOX 16067
SANTURCE PR 00908

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE: 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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-217 | 217 | 4 | | | 868 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED: $868

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
Signature: [signed]   Date: 6/21/05

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK: I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk   Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT
Signature of Judicial Officer or Clerk of Court   Date

24. AMOUNT APPROVED