**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**


MIGUEL RIVERA SANTIAGO
    Petitioner

     **V.**                             **CASE NUMBER:** CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/4/05    **Docket #** 87 [X] Petitioner MIGUEL A. RIVERA SANTIAGO<br><br>**Title:** Petitioner's Motion to Vacate Sentence, Schedule Re-Sentencing Hearing in Conformity with <u>Apprendi</u>, <u>Blakely</u>, <u>Booker</u> Retroactivity Pursuant to the "Watershed Rule" Exception Pursuant <u>Teague v. Lane</u> 489 U.S. 288 (1989), for Re-Sentencing, Due Process of Law, and Any Other Remedy Pursuant to Law | The Court agrees with the Government in that this motion to vacate sentence pursuant to <u>Apprendi</u>, <u>Blakely</u> and <u>Booker</u> is a second successive petition the filing of which is impermissible without a certification from the Court of Appeals pursuant to 28 U.S.C. §§ 2244 and 2255.<br><br>Accordingly, this motion is hereby TRANSFERRED to the Court of Appeals for the First Circuit pursuant to 28 U.S.C. §§ 1631. <u>See</u> <u>United States v Banett</u>, 178 F.3d 34, 41 note 1 (1st Cir. 1999) (transfer pursuant to 28 U.S.C. § 1631 may be preferable in some situations). |


                                        S/Raymond L. Acosta
   July 13, 2005              **RAYMOND L. ACOSTA**
      **Date**              **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** | **#** |