**UNITED STATES DISTRICT COURT**
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

July 14, 2005

Mr. Richard C. Donovan
Clerk, U.S. Court of Appeals
for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:    **DC Case No. 97-1557 (RLA)**
       Miguel Rivera-Santiago v. USA
       Related USCA Cases No. 05-1887, 05-1888

Pursuant to **28 U.S.C. 1631,** we transfer the above entitled action to United States Court of Appeals for the First Circuit. We herewith refer the following:

1. Cover letter - original and two copies
2. Certified copy of the district court docket sheet
3. Copies of original pleadings #111 & 112

Kindly acknowledge receipt of said document by signing and returning the copy of the cover letter provided herein.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muñiz
Deputy Clerk

Received by: _____    Date: _____
USCA #: _____
s/c: CM/ECF Counsels, Appeals Clerk, Docket Clerk