**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MIGUEL RIVERA SANTIAGO
    Petitioner

    V.                                    **CASE NUMBER:** CIVIL 97-1557 (RLA)

UNITED STATES OF AMERICA
    Respondent

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/13/05  **Docket #** 111 [X] Petitioner MIGUEL A. RIVERA SANTIAGO<br><br>**Title:** Petitioner's Request for Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)(1)(2000) and Local Rule 22.1(b), to Honorable Court's Findings on 5/11/05, on Issues Remanded in No. 02-2458, 102 Fed. Appx. 177, 2004 WL 1416626 (06/25/04) and to Retroactivity of <u>Booker</u> 125 S.Ct. 738 (2005), and any Other Remedy Pursuant to Law | **DENIED as MOOT.** This Court's Evidentiary Hearing findings can be appealed directly to the Court of Appeals without a certificate of appealability. On the other hand, petitioner's second successive petition regarding retroactivity of <u>Booker</u> has been transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. §§ 1361 and 2244. <u>See</u> docket No. 112. |

                                      S/Raymond L. Acosta
July 14, 2005            **RAYMOND L. ACOSTA**
    **Date**                   **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |