# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:     December 22, 2005

DC #:     97-1557   (RLA)

USCA #:  05-1887

CASE CAPTION:          Miguel Rivera-Santiago     v.     USA

SPECIAL COMMENTS:     Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

<u>**CRIMINAL CASE #91-397 (RLA) SENT AS A SUPPLEMENTAL RECORD TO CIVIL CASE #97-1557 (RLA):**</u>

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries**   1,9,92,146,206,207,218,220,220a,221 | I |
| **Docket Entries**   263 & 264  (Transcripts) | II |
| **Docket Entry**   216  (PSR) | III |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk