# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| | | | |
|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>PRX | 2. PERSON REPRESENTED<br>MIGUEL A. RIVERA-SANTIAGO | | VOUCHER NUMBER<br>050627000001 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CV.97-1557(RLA) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. M.A. Rivera-Santiago | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☒ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>Appeal  CC |

11. OFFENSE(S) CHARGED — 21 USC 841

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: Appeal

13. PROCEEDING TO BE TRANSCRIBED: 05/11/05 AM+PM Evidentiary Hearing (Day II) (FTR)

14. SPECIAL AUTHORIZATIONS

- A. Apportioned _____ % of transcript with _____
- B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript
- C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
- D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

JUDGE'S INITIALS

15. ATTORNEY'S STATEMENT

Signature: Rafael Anglada Lopez  Date: 05/24/05
Printed Name: RAFAEL ANGLADA-LOPEZ
Telephone Number: 787-525-1981
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Signature of Presiding Judicial Officer
Date of Order: 6/8/05

RECEIVED AND FILED MAY 19 2006 CLERK'S OFFICE

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
JAMES ROHAN
PO Box 16067
Santurce PR 00908

19. SOCIAL SECURITY NUMBER: 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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-217 | 217 | 4 | | | 868 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED: $868

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
Signature: [signed]  Date: 6/21/05

## ATTORNEY CERTIFICATION

22. Signature of Attorney or Clerk: [signed], Operations Manager  Date: JUN 27 2005

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT: [signed]  Date: 5/16/06
24. AMOUNT APPROVED: 868